# Third District Court of Appeal

## State of Florida

Opinion filed January 18, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2443
Lower Tribunal No. 20-17923
_____

**Sukkah Miami Beach Acquisitions, LLC,**
Appellant,

vs.

**Zurich American Insurance Company, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, William Thomas, Judge.

Reed Smith LLP, and R. Hugh Lumpkin, Christopher T. Kuleba, and Garrett S. Nemeroff, for appellant.

Akerman LLP, and Gerald B. Cope, Jr., and Kristen M. Fiore (Tallahassee); and Clyde & Co US LLP, and Patrick Hofer (Washington, D.C.), for appellee Zurich American Insurance Company.

Zelle LLP, and Christine M. Renella, for appellees Everest Indemnity Insurance Company and Starr Surplus Lines Insurance Company.

Carlton Fields, P.A., and Steven J. Brodie, Joseph H. Lang Jr., Heidi Hudson Raschke, and Andrew K. Daechsel, for appellee Westchester Surplus Lines Insurance Company.

Mound Cotton Wollan & Greengrass LLP, and Perry R. Goodman (Fort Lauderdale); Butler Weihmuller Katz Craig LLP, and Tracy A. Jurgus; Wiggin and Dana LLP, and Jonathan M. Freiman (New Haven, CT), for appellees HDI Global Specialty SE, Western World Insurance Company, General Security Indemnity Company of Arizona, Evanston Insurance Company, Navigators Specialty Insurance Company, and Certain Underwriters at Lloyds of London.

Before HENDON, GORDO, and BOKOR, JJ.

PER CURIAM.

Affirmed.  See Commodore, Inc. v. Certain Underwriters at Lloyd's London, 342 So. 3d 697 (Fla. 3d DCA 2022).

2